**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL, <br><br> *Petitioners,* <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY <br><br> *Respondent.* <br><br><br> SMALL RETAILERS COALITION, et al. <br><br> *Intervenors* | No. 17-1258 (and consolidated cases) |

**SMALL RETAILERS COALITION'S CERTIFICATE OF SEPARATE BRIEF**

Pursuant to Local Rule 28(d)(4), the undersigned hereby certifies that it is necessary for Small Retailers Coalition ("SRC") to file a separate brief. SRC has a unique argument regarding Renewable Fuel Standard Program: Standards for 2017 and Biomass-Based Diesel Volume for Diesel Volume for 2019 ("the Underlying Rule") and the Point of Obligation as the sole intervenor that represents independent small gasoline and diesel fuel retailers. SRC asserts that it was either arbitrary and capricious, an abuse of discretion, or otherwise in violation of the law when the Environmental Protection Agency ("EPA") proposed and promulgated

the Underlying Rule without analyzing the impact of the rule on small fuel retailers as mandated by 5 U.S.C. §§ 603(a), 604(a), 605(b).

We believe that another intervenor, American Petroleum Institute, likely intervened on behalf of the Petitioner, but will take a position diametrically opposed to ours regarding the Point of Obligation and the RIN.[1] Accordingly, to adequately protect its interests, it is necessary for SRC to file a separate brief.

---

[1] *See* Eric Wolff, *EPA will reject change that Trump backer Icahn sought*, POLITICO, Aug. 3, 2017, https://www.politico.com/story/2017/08/03/epa-federal-ethanol-mandate-trump-241290 ("Biofuels producers believed that if EPA had shifted the 'point of obligation' away from refiners, as Icahn and other companies requested, it would cause years of upheaval. The American Petroleum Institute, which represents much of the oil industry, including the oil majors, has opposed the change, saying it would be a distraction from the kind of overhaul or full-on repeal the program needs").

Respectfully submitted,

Dated:  April 19, 2018

<u>/s/ *Suzanne Murray*</u>
Suzanne Murray
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5697
Facsimile: (214) 200-0710
suzanne.murray@haynesboone.com

Julie R. Domike
Michael J. Scanlon
Haynes and Boone, LLP
800 17th Street, NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 654-4500
Fax: (202) 654-4261
julie.domike@haynesboone.com
michael.scanlon@haynesboone.com

*Attorneys for Petitioner Small Retailers Coalition*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies:

**Type-Volume Limitation:** This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 333 words, excluding the exempted portions of the brief, as provided in Fed. R. App. P. 32(f). As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

**Typeface and Typestyle:** This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(a)(5)-(6) because it was prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

Respectfully submitted,

Dated: April 19, 2018

/s/ *Suzanne Murray*
Suzanne Murray
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5697
Facsimile: (214) 200-0710
suzanne.murray@haynesboone.com

Julie R. Domike
Michael J. Scanlon
Haynes and Boone, LLP
800 17th Street, NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 654-4500
Fax: (202) 654-4261
julie.domike@haynesboone.com
michael.scanlon@haynesboone.com
*Attorneys for Petitioner Small Retailers Coalition*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served via the Court's

Electronic Filing system upon all registered counsel this 19th day of April 2018.


/s/ *Suzanne Murray*
Suzanne Murray